UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ASHLEY VANDERIPE, *on her own behalf and on behalf of others similarly situated*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARCONIC US LLC, )<br>)<br>Defendant. ) | Cause No. 2:25-CV-125-PPS-JEM |

### ORDER

Plaintiff, Ashley Vanderipe, has filed a Notice of Voluntary Dismissal requesting to dismiss her complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). [DE 10]. Plaintiff explains that dismissal is appropriate because the opposing party has neither served an answer nor a motion for summary judgment.

**ACCORDINGLY**:

Plaintiff's Notice of Voluntary Dismissal [DE 10] is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) this case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own costs and attorney's fees.

**SO ORDERED**.

ENTERED: April 24, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT